**01–2051. State v. Thompson.**
Jefferson App. No. 94J8. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–2052. State v. White.**
Marion App. No. 9–98–52. On motion for leave to file delayed appeal. Motion denied.

**01–2057. State v. Dzubak.**
Geauga App. No. 2000–G–2285. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 00–1869 and 00–2126, *State v. Weideman,* Portage App. No. 98–P–0109; briefing schedule stayed.

**01–2065. State v. Mader.**
Cuyahoga App. No. 78200. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–2079. State ex rel. White v. Kilbane Koch.**
Cuyahoga App. No. 80426. On motion for stay of enforcement of temporary restraining order and hearing on preliminary injunction pending appeal. Motion granted.
RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

## APPEALS ALLOWED

**01–1474. Hillyer v. State Farm Fire & Cas. Co.**
Cuyahoga App. No. 79176. Discretionary appeal allowed and cause consolidated with 01–1867, *Hillyer v. State Farm Fire & Cas. Co.,* Cuyahoga App. No. 79176; *sua sponte,* cause to be argued on the same date as 01–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251.
F.E. SWEENEY AND LUNDBERG STRATTON, JJ., DISSENT.

**01–1693. Spalding v. Coulson.**
Cuyahoga App. No. 76666.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1726. In re Maloney.**
Butler App. No. CA2000–08–168.
DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent.

**01–1732. State v. Latorres.**
Ashtabula App. Nos. 2000–A–0060 and 2000–A–0062.
F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

